
# AMENDED AFFIDAVIT OF STATUS OF JOAN ELIZABETH FARR HEFFINGTON

| | | |
|---|---|---|
| STATE OF KANSAS | } | |
| | } ss | 13-mc-101-MLB |
| COUNTY OF SEDGWICK | } | |

Comes now, Joan Elizabeth Farr Heffington, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein, states that she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of her knowledge.

1. That your Affiant is one of the People of these united States of America, being a creation of God and born in one of the several States.
2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments and requirements as any ARTIFICAL PERSON pursuant to any process, law, code, or statute or any color thereof.
3. Your Affiant notices that in these united States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.
4. Your Affiant at all times claims all and waives none of her God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.
5. Your Affiant notices that pursuant to the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the united States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".
6. Your Affiant notices, that as a matter of their unlawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.
7. Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.
8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the

dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

9. Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can Affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without the Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.

FURTHER AFFIANT SAYETH NAUGHT.

Autograph _Joan Elizabeth Farr Heffington_ 1/15/13
Joan Elizabeth Farr Heffington          Date

Autograph _[signature]_                  1/15/13
Witness                                  Date

Autograph _Grenville Pfrinston_          1/15/13
Witness                                  Date

State of Kansas        }
                       }
County of Sedgwick     }

Subscribed and sworn to (or affirmed) before me on this 15th day of January, 2013, by Joan Elizabeth Farr Heffington, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_[signature]_ 1/15/13
Notary Public    Date            (Seal)

TAMMY COUGHLIN
Notary Public - State of Kansas
My Appt. Expires 4/3/13

2.